IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| RICHARD G. EDWARDS JR., | ) | Case No. 13 B 2557 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | Hearing Date and Time: |
| | ) | December 11, 2013 at 10:00 a.m. |

## NOTICE OF MOTION

TO: Attached Service List

**PLEASE TAKE NOTICE THAT** on December 11, 2013, at 10:00 a.m., I shall appear before the Honorable Carol A. Doyle, or any other judge sitting in her stead, in Room 742, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on Debtor's Motion to Enter Final Decree Closing Chapter 11 Case, a copy of which is attached hereto and thereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 4th day of December, 2013.

        /s/ Gregory K. Stern
        Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Christina M. Riepel (Atty. ID #6297514)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng, United States Trustee
219 South Dearborn Street
Suite 873
Chicago, Illinois 60604

Jessica Naples, Esq.
Codilis & Associates, P.C.
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527

Marc J. Chalfen
Kelly, Olson, Michod, DeHaan and Richter
333 W. Wacker Drive
Suite 2000
Chicago, IL 60606

**Parties Served Via U.S. Mail**

Mr. Richard G. Edwards Jr.
17555 Navajo Trace
Tinley Park, IL 60477

Chase Manhattan Mortgage Corp.
3415 Vision Drive
Columbus, OH 43219

Cook County Treasurer
Attn: Law Department
118 North Clark Street
Room 212
Chicago, IL 60602

Michael D. Gertner, Ltd.
123 West Madison Street, #1706
Chicago, IL 60602

Will County Treasurer, Pat McGuire
302 North Chicago Street
Joliet, IL 60432-4695

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| RICHARD G. EDWARDS, JR., | ) | Case No. 13 B 2557 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | Hearing Date and Time: |
| | ) | December 11, 2013 at 10:00 a.m. |

**MOTION TO ENTER FINAL DECREE CLOSING CHAPTER 11 CASE**

Now comes Richard G. Edwards, Jr., the Reorganized Debtor, by and through his attorneys, Gregory K. Stern, Monica C. O'Brien, Christina M. Riepel, and Rachel D. Stern, and in support of his Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, states as follows:

1.  On January 23, 2013, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code; and, the Debtor, as Debtor In Possession, has continued in possession of his property, pursuant to §§ 1107 and 1108; and, no trustee has been appointed in this case.

2.  On October 23, 2013, this Court entered an Order Confirming the Amended Plan of Reorganization (the "Confirmation Order"). The Confirmation Order is final and not subject to appeal.

3.  The Reorganized Debtor has made all required payments that have become due under the Confirmed Plan.

4.  The Reorganized Debtor has made all payments required by the United States Trustee.

5.  There are no remaining contested matters pending and no further steps need be taken

to facilitate the administration of the Confirmed Plan.

WHEREFORE, Richard D. Edwards, Jr., the Reorganized Debtor, prays for an order entering Final Decree closing the Reorganized Debtor's Chapter 11 case; and, for such other relief as may be just.

By: /s/ Gregory K. Stern
Gregory K. Stern, Debtor's Attorney

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Christina M. Riepel (Atty. ID #6297514)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558